ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of -- )
)
Thermal Dynamix, Inc. )        ASBCA No. 58991
)
Under Contract No. SPM4AW-12-C-0013 )

APPEARANCE FOR THE APPELLANT:        Robert A. Klimek, Jr., Esq.
                                      Klimek & Casale, P.C.
                                      Washington, DC

APPEARANCES FOR THE GOVERNMENT:      Daniel K. Poling, Esq.
                                      DLA Chief Trial Attorney
                                     Edward R. Murray, Esq.
                                     Michael P. Chiffolo, Esq.
                                      Trial Attorneys
                                      DLA Aviation
                                      Richmond, VA

ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: 8 April 2015

ELIZABETH A. TUNKS
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 58991, Appeal of Thermal Dynamix, Inc., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals